## Leaman v. Turpin, Appellant.

Argued January 7, 1966. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*J. F. Harvey,* with him *Richard Reifsnyder,* and *MacElree, Platt, Marrone & Harvey,* for appellant.

*Herbert Monheit,* with him *Fine, Staud & Silverman,* for appellees.

OPINION PER CURIAM, September 13, 1968: Appeal quashed.